DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Cr.S. 09-396-WBS
            Plaintiff,              )
                                    )   **STIPULATION AND [PROPOSED]**
        v.                          )   **ORDER**
                                    )
RICARDO MORENO,                     )   DATE:   October 19, 2009
                                    )   TIME:   8:30 a.m.
            Defendants.             )   JUDGE:  Hon. William B. Shubb
_____)

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, RICARDO MORENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, September 21, 2009, be continued to Monday, October 19, 2009, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, September 16, 2009, through and including the date of the new status conference hearing, October 19, 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: September 16, 2009   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin Galloway
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
RICARDO MORENO

DATED: September 16, 2009   LAWRENCE G. BROWN
United States Attorney

/s/ Benjamin Galloway for
CAROLYN DELANEY
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 19, 2009, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  September 18, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE