1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   RICARDO MORENO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,     )
12                               )    Cr.S. 09-396-WBS
                 Plaintiff,       )
13                               )    **STIPULATION AND [~~PROPOSED~~]**
            v.                    )    **ORDER**
14                               )
   RICARDO MORENO,                )    DATE:    January 11, 2010
15                               )    TIME:    8:30 a.m.
                 Defendants.      )    JUDGE:   Hon. William B. Shubb
16   _____ )

17

18

19      It is hereby stipulated and agreed to between the United States of

20   America through CAROLYN DELANEY, Assistant U.S. Attorney, and

21   defendant, RICARDO MORENO, by and through his counsel, BENJAMIN

22   GALLOWAY, Assistant Federal Defender, that the status conference set

23   for Monday, November 30, 2009, be continued to Monday, January 11,

24   2010, at 8:30 a.m..

25      The reason for this continuance is to allow defense counsel

26   additional time to review discovery with the defendant, to examine

27   possible defenses and to continue investigating the facts of the case.

28      It is further stipulated that the time period from the date of this

1 stipulation, through and including the date of the new status

2 conference hearing, January 11, 2010, shall be excluded from

3 computation of time within which the trial of this matter must be

4 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

5 (h)(7)(A)&(B)(iv)and Local Code T4 [reasonable time for defense counsel

6 to prepare].

7

8 DATED: November 23, 2009      Respectfully submitted,

9                              DANIEL J. BRODERICK
                               Federal Defender

10
                               /s/ Benjamin Galloway
11                             BENJAMIN GALLOWAY
                               Assistant Federal Defender
12                             Attorney for Defendant
                               RICARDO MORENO
13
   DATED: November 23, 2009      BEN WAGNER
14                             United States Attorney

15                             /s/ Benjamin Galloway for
                               CAROLYN DELANEY
16                             Assistant U.S. Attorney
                               Attorney for Plaintiff

17

18                    **O R D E R**

19   **IT IS SO ORDERED.**  Time is excluded from today's date through and

20 including January 11, 2010, in the interests of justice pursuant to 18

21 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local

22 Code T4.

23

24 DATED: November 24, 2009

25

26 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

27

28

**2**