DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff,    ) <br> ) <br> v.           ) <br> ) <br> RICARDO MORENO,           ) <br> ) <br> Defendants.  ) <br> ) <br> _____ ) | Cr.S. 09-396-WBS <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER** <br><br> DATE:   February 1, 2010 <br> TIME:   8:30 a.m. <br> JUDGE:  Hon. William B. Shubb |

     It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, RICARDO MORENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, January 11, 2010, be continued to Monday, February 1, 2010, at 8:30 a.m..

     The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

     It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, February 1, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 7, 2010        Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              RICARDO MORENO

DATED: January 7, 2010        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              CAROLYN DELANEY
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 1, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE