DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO MORENO,<br><br>　　　　　Defendants. | Cr.S. 09-396-WBS<br><br>**STIPULATION AND [PROPOSED]　ORDER**<br><br>DATE:　February 22, 2010<br>TIME:　8:30 a.m.<br>JUDGE:　Hon. William B. Shubb |

　　It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, RICARDO MORENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, February 1, 2010, be continued to Monday, February 22, 2010, at 8:30 a.m..

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, February 22, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: January 27, 2010          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RICARDO MORENO

DATED: January 27, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 CAROLYN DELANEY
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 22, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: January 29, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2