DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Cr.S. 09-396-WBS
            Plaintiff,       )
                             )   **STIPULATION AND [PROPOSED]**
      v.                     )   **ORDER**
                             )
RICARDO MORENO,              )   DATE:   April 26, 2010
                             )   TIME:   8:30 a.m.
            Defendants.      )   JUDGE:  Hon. William B. Shubb
                             )
_____)

It is hereby stipulated and agreed to between the United States of America through CAROLYN DELANEY, Assistant U.S. Attorney, and defendant, RICARDO MORENO, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, March 22, 2010, be continued to Monday, April 26, 2010, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this

stipulation, through and including the date of the new status conference hearing, April 26, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: March 18, 2010          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               RICARDO MORENO

DATED: March 18, 2010          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               CAROLYN DELANEY
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 26, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  March 18, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE