```
1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 2:09-CR-00396-WBS |
|             Plaintiff,   )   | PRELIMINARY ORDER OF FORFEITURE |
|       v.                 )   | |
| RICARDO MORENO,          )   | |
|             Defendant.   )   | |

   Based upon the plea agreement entered into between plaintiff United States of America and defendant Ricardo Moreno it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.  Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Ricardo Moreno's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   (a) A Smith and Wesson .38 caliber revolver, Serial Number 54X36; and

   (b) A shotgun, Serial Number 498970.

   2.  The above-listed property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(g).

1         3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2    designee) shall be authorized to seize the above-listed property.
3    The aforementioned property shall be seized and held by the
4    Bureau of Alcohol, Tobacco, Firearms and Explosives, in its
5    secure custody and control.
6         4.   a.   Pursuant to 28 U.S.C. § 2461(c), incorporating 21
7    U.S.C. § 853(n), and Local Rule 171, the United States shall
8    publish notice of the order of forfeiture.  Notice of this Order
9    and notice of the Attorney General's (or a designee's) intent to
10   dispose of the property in such manner as the Attorney General
11   may direct shall be posted for at least 30 consecutive days on
12   the official internet government forfeiture site
13   www.forfeiture.gov.  The United States may also, to the extent
14   practicable, provide direct written notice to any person known to
15   have alleged an interest in the property that is the subject of
16   the order of forfeiture as a substitute for published notice as
17   to those persons so notified.
18             b.   This notice shall state that any person, other than
19   the defendant, asserting a legal interest in the above-listed
20   property, must file a petition with the Court within sixty (60)
21   days from the first day of publication of the Notice of
22   Forfeiture posted on the official government forfeiture site, or
23   within thirty (30) days from receipt of direct written notice,
24   whichever is earlier.
25        5.   If a petition is timely filed, upon adjudication of all
26   third-party interests, if any, this Court will enter a Final
27   ///
28   ///

                                    2                Preliminary Order of Forfeiture

1 | Order of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28
2 | U.S.C. § 2461(c), in which all interests will be addressed.
3 |     SO ORDERED this <u>9th</u> day of June, 2010.

```
                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```