```
BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00396-WBS |
| | ) | |
| Plaintiff, | ) | *AMENDED* FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about June 10, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement and the application for preliminary order of forfeiture entered into between plaintiff and defendant Ricardo Moreno forfeiting to the United States the following property:

   (a)  A Smith and Wesson .38 caliber revolver, Serial Number 54X36; and

   (b)  A shotgun, Serial Number 498970.

AND WHEREAS, beginning on June 22, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government

forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. An *Amended* Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Ricardo Moreno:

    (a)  A Smith and Wesson .38 caliber revolver, Serial Number J311581; and

    (b)  A shotgun, Serial Number 498970.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 6th day of May, 2010.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE