HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICARDO MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>RICARDO MORENO,<br><br>  Defendant. | No.  Cr. S 09-396 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, RICARDO MORENO by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On August 9, 2010, this Court sentenced Mr. Moreno to a term of 84 months imprisonment as to Counts 1 and 2, to be served concurrently for a total term of 84 months;

3.      His total offense level was 25, his criminal history category was IV, and the resulting guideline range was 84 to 105 months;

4.     The sentencing range applicable to Mr. Moreno was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.     Mr. Moreno's total offense level has been reduced from 25 to 23, and his amended guideline range is 70 to 87 months; and,

6.     Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Moreno's term of imprisonment to a total term of 70 months.

Respectfully submitted,

Dated:  November 21, 2014                          Dated:   November 21, 2014
BENJAMIN B. WAGNER                             HEATHER E. WILLIAMS
United States Attorney                                  Federal Defender


 /s/ *Jason Hitt*                                              /s/ *David M. Porter*
JASON HITT                                               DAVID M. PORTER
Assistant U.S. Attorney                               Assistant Federal Defender

Attorney for Plaintiff                                   Attorney for Defendant
UNITED STATES OF AMERICA                 RICARDO MORENO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Moreno is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 70 to 87 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2010 is reduced to a term of 70 months imprisonment as to Counts 1 and 2, to be served concurrently for a total term of 70 months.

IT IS FURTHER ORDERED that all other terms and provisions of the amended judgment remain in effect.[1]  The clerk shall forthwith prepare an amended judgment reflecting

---

[1] An amended judgment was on August 18, 2010, CR #39.

the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

      Unless otherwise ordered, Mr. Moreno shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  November 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE